JARED M. THOMPSON (SBN 261942)
THE LAW OFFICES OF KYLE J. HUMPHREY
2211 17th Street
Bakersfield, CA 93301
(661) 327-1360 (phone)
(661) 327-2942 (facsimile)

Attorney for Defendant
JASON BOSTICK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:13-CR-279 LJO/SKO |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE & PROPOSED ORDER** |
| vs. | |
| JASON BOSTICK, | **Date:  October 21, 2013** |
| Defendant | **Time: 2:00 p.m.** |

The Defendant, JASON BOSTICK, by and through his attorney of record, Jared M. Thompson, and the United States of America, by and through its attorney of record, Kimberly A. Sanchez, hereby stipulate as follows:

1. The status conference in this matter is currently set for October 21, 2013 at 2:00 p.m.

2. The defense is seeking a continuance of the status conference for the purpose of further discovery and plea negotiations.  Both attorneys have made initial disclosures to the other side for review.  Defense counsel is still in the process of reviewing the evidence.  Counsel for the United States has received evidence from the defense and is reviewing the evidence. Both sides believe that further discussion and negotiation may lead to a resolution of this matter.

3. The defense is requesting that Mr. Bostick's status conference be continued to December 2, 2013, at 1:00 p.m.

4. The United States has no objection to the requested continuance and the date selected.

The parties agree that the time until the next status conference be excluded under the Speedy Trial Act to preserve the interests of justice under 18 U.S.C. § 3161(h)(7)(A).

The parties further request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay occasioned by such continuance is excluded from the Act's time limits pursuant to 18 U.S.C. §3161(h)(7)(A).  In determining whether such a continuance is warranted, the judge must consider, among other things, "[w]hether the failure to grant such a continuance in the proceeding would be likely to make a continuation of such proceeding impossible, or result in a miscarriage of justice." 18 U.S.C. §3161(h)(7)(B)(i).

**IT IS SO STIPULATED.**

DATED:  October 17, 2013                The Law Office of Kyle J. Humphrey

                                        By: /s/  Jared M. Thompson
                                        Jared M. Thompson, Attorney for
                                        Defendant, Jason Bostick

DATED:  October 17, 2013                United States Attorney's Office

                                        By: /s/ Kimberly A. Sanchez
                                        Kimberly A. Sanchez
                                        Assistant United States Attorney

[ORDER APPEARS ON FOLLOWING PAGE]

**ORDER**

IT IS HEREBY ORDERED that Mr. Bostick's Status Conference date, currently set on October 21, 2013, at 2:00 p.m., be continued to December 2, 2013, at 1:00 p.m.  Time is excluded under the Speedy Trial Act through December 2, 2013, for the reasons outlined in the Stipulation.

IT IS SO ORDERED.

Dated:   **October 18, 2013**                    **/s/ Sheila K. Oberto**
                                                 UNITED STATES MAGISTRATE JUDGE