BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-00279 LJO-SKO |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| JASON BOSTICK, | |
| Defendant. | |

   IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Jared Thompson, attorney for the defendant, that the status conference set for January 6, 2014 at 1:00 pm before the Honorable Sheila K. Oberto be continued to February 3, 2014 at 1:00 p.m. The reason for the request is because the parties are engaged in plea negotiations, but need additional information to move forward. The defendant's criminal history report contains information regarding convictions for which court documentation must be referenced in order to determine the impact the convictions on the defendant's sentencing guideline range. Undersigned counsel has requested that information, but anticipates needing at least a week beyond January 6, 2014 to provide adequate time to obtain it. Counsel believe that February 3rd will provide sufficient time for further discussions to result in either a trial setting or resolution.

   The parties further request the Court to enter an Order finding that the "ends of justice" served by a

U.S. v. Bostick Stipulation and Order                    1

continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay occasioned by such continuance is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: January 2, 2014                              Respectfully submitted,

                                                                 BENJAMIN B. WAGNER
                                                                  United States Attorney

                                                      By     /s/ Kimberly A. Sanchez
                                                                KIMBERLY A. SANCHEZ
                                                                Assistant U.S. Attorney

Dated: January 2, 2014                              /s/ Jared Thompson
                                                                    JARED THOMPSON
                                                                  Attorney for Defendant

ORDER

IT IS SO ORDERED.

Dated:   **January 2, 2014**                              **/s/ Sheila K. Oberto**
                                                                    UNITED STATES MAGISTRATE JUDGE