1  BENJAMIN B. WAGNER
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5

6
   Attorneys for Plaintiff
7  United States of America

8

9               IN THE UNITED STATES DISTRICT COURT

10                 EASTERN DISTRICT OF CALIFORNIA

11

12 | UNITED STATES OF AMERICA,            CASE NO.  1:13-CR-00279 LJO-SKO

13 |                    Plaintiff,         STIPULATION TO CONTINUE MOTION HEARING
                                           AND RESET BRIEFING SCHEDULE
14 |              v.

15 | JASON BOSTICK,

16 |                    Defendant.

17

18       IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and

19 Kimberly A. Sanchez, Assistant U.S. Attorney and Jared Thompson, attorney for the defendant, that the

20 motion hearing set for March 17 at 9:30 am before the Honorable Lawrence J. O'Neill be continued to

21 March 31, 2014 at 9:30 a.m.  The reason for the request is because the parties are engaged in plea

22 negotiations, and the defendant would like to ascertain whether there is information in a personnel file that he

23 will receive access to that he would want to include in a supplemental filing to his motion to suppress

24 evidence.  Additionally, the parties are leaving open the possibility that further negotiations will be fruitful

25 once the file review occurs.  The parties further request that the Court reset a briefing schedule allowing the

26 defendant to file any supplement to his motions on or before March 24, 2014 and the government to file any

27 response to any pending motions by March 26, 2014.

28       As the defendant's motions are pending, pursuant to 18 U.S.C. § 3161(h)(1)(D) provides for the

1  delay from the filing of the motion through the conclusion of the hearing on such motion is excludable.
2  Additionally, the parties further request the Court to enter an Order finding that the "ends of justice" served
3  by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay
4  occasioned by such continuance is also excluded from the Act's time limits pursuant to 18 U.S.C. §
5  3161(h)(7)(A).

Dated: March 11, 2014                                    Respectfully submitted,

                                                         BENJAMIN B. WAGNER
                                                         United States Attorney

                                                 By      /s/ Kimberly A. Sanchez
                                                         KIMBERLY A. SANCHEZ
                                                         Assistant U.S. Attorney

Dated: March 11, 20134                                   /s/ Jared Thompson
                                                         JARED THOMPSON
                                                         Attorney for Jason Bostick

IT IS SO ORDERED.

   Dated:   **March 12, 2014**                            **/s/ Lawrence J. O'Neill**
                                                         UNITED STATES DISTRICT JUDGE

U.S. v. Bostick Motion Hearing Stipulation           2