BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>            v.<br><br>JASON BOSTICK,<br><br>                        Defendant. | CASE NO. 1:13-CR-00279 LJO-SKO<br><br>ORDER ON GOVERNMENT'S MOTION FOR AN IN CAMERA REVIEW OF PERSONNEL RECORDS |

   The United States having applied to this Court for an order for an in camera review of personnel files based upon a defense request for such a review,

   IT IS ORDERED, that the Ridgecrest Police Department produce personnel records and any related investigatory files of Detective Manuel Castaneda of the Ridgecrest Police Department for an in camera review on or before March 19, 2014.

IT IS SO ORDERED.

   Dated:  **March 12, 2014**                  **/s/ Lawrence J. O'Neill**
                                                UNITED STATES DISTRICT JUDGE

1