UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> Plaintiff, <br><br> vs. <br><br> JASON BOSTICK, <br><br> Defendant. <br> _____/ | CASE NO. CR F 13-0279 LJO SKO <br><br> **ORDER AFTER IN CAMERA REVIEW OF PERSONNEL RECORDS OF DET. CASTANEDA** <br><br> (Docs. 19, 21.) |

Following defendant Jason Bostick's Request for the Production of Documents served on the Government, this Court acted on the Government's Motion for an In Camera Review of Personnel Records.

On March 17, 2014, the personnel records of Ridgecrest Police Department ("RPD") Detective Manuel Castaneda were hand delivered to this Court's chambers by RPD Sergeant Jed McLaughlin. Based on its in camera review, this Court ORDERS the following documents to be turned over to defense counsel for limited, exclusive use in this action only with neither sharing nor disclosure to anyone without a further Court order:

1. Internal Affairs file # IA-2013-10;
2. Internal Affairs file #2012-06; and
3. Internal Affairs file #1A-09-08.

/ / /

1

This Court finds these documents are relevant to the discovery process of this action.

IT IS SO ORDERED.

Dated: **March 17, 2014**          **/s/ Lawrence J. O'Neill**
                                                       UNITED STATES DISTRICT JUDGE