BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>    v.<br><br>JASON BOSTICK,<br><br>          Defendant. | CASE NO. 1:13-CR-00279 LJO-SKO<br><br>STIPULATION TO EXTEND TIME FOR THE GOVERNMENT TO FILE A RESPONSE TO THE DEFENDANT'S MOTION TO SUPPRESS AND TO TRAVERSE THE SEARCH WARRANT |

IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Jared Thompson, attorney for the defendant, that the government's response to the defendant's motion to suppress and to traverse the search warrant be permitted to be filed on May 5, 2014. The government's current due date has passed and was April 28, 2014. The hearing on this matter is set for May 19, 2014 at 10:30 a.m., and there is no request for a continuance of that date. The reason for the request is because undersigned counsel has had more than one recent personal emergency as well as several business matters that required more attention than anticipated, and needs additional time for a response. The government had 1 week from the date the defendant filed his motion to respond.

///

///

U.S. v. Bostick Motion Stipulation          1

| | |
|---|---|
| Dated: May 1, 2014 | Respectfully submitted, |
| | BENJAMIN B. WAGNER<br>United States Attorney |
| | By   /s/ Kimberly A. Sanchez<br>     KIMBERLY A. SANCHEZ<br>     Assistant U.S. Attorney |
| Dated: May 1, 20134 | /s/ Jared Thompson<br>JARED THOMPSON<br>Attorney for Jason Bostick |

IT IS SO ORDERED.

Dated:   **May 1, 2014**          **/s/ Lawrence J. O'Neill**
                              UNITED STATES DISTRICT JUDGE

U.S. v. Bostick Motion Stipulation                         2