JARED M. THOMPSON (SBN 261942)
THE LAW OFFICES OF KYLE J. HUMPHREY
2211 17th Street
Bakersfield, CA 93301
(661) 327-1360 (phone)
(661) 327-2942 (facsimile)

Attorney for Defendant
JASON BOSTICK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:13-CR-279  LJO/SKO |
| Plaintiff, | **STIPULATION TO CONTINUE JURY TRIAL DATE & ORDER of REJECTION of Stipulation** |
| vs. | |
| JASON BOSTICK, | **Date:  August 5, 2014** |
| Defendant | **Time: 8:30 a.m.** |

The Defendant, JASON BOSTICK, by and through his attorney of record, Jared M. Thompson, and the United States of America, by and through its attorney of record, Kimberly A. Sanchez, hereby stipulate as follows:

1.  The trial date in this matter is currently set for August 5, 2014 at 9:00 a.m.

2.  The defense is seeking a continuance of the jury trial date for the following reasons:

3.  Defense counsel anticipates not being available or ready for jury trial in this matter because of several other jury trials currently set in July and August.  Defense counsel was in jury trial in the matter of People v. Victor Sepulveda, Kern County Superior Court case no. BF154027A, between the dates of July 15 through July 21.  Defense counsel is set to start another jury trial in the matter of People v. Nicole Sanders, Kern County Superior Court case no. BF153293B, which is set for July 28 and will begin some day during the week of the 28th. The *Sanders* trial will last approximately 5-6 court days.  Defense counsel then anticipates starting a jury trial in the matter of People v. Fernando Steven Lopez, Kern County Superior

Court case no. BF137897A, which is set for August 4.  The Lopez case will involve expert testimony in the area of child abuse/pediatrics from Dr. Steven Gabaeff.  Dr. Gabaeff is difficult to schedule and the Lopez case has been continued in the past due to his availability.  The Lopez matters will last approximately 12 court days.

4. The current trial date is the first date this case has been set for jury trial.  The parties had been discussing plea negotiations and litigating motions to suppress and discovery.  The parties have been negotiating possible dispositions up to the present date.  In addition, the United States has informed defense counsel that it plans on presenting the evidence of an expert witness in the area of narcotics sales/distribution.  Defense counsel has requested the expert's name and CV but has not yet received it.  Defense counsel made this request on July 10, 2014, after receiving notice by the Government of its intent to call the expert.  Defense counsel will need additional time to prepare for and address this evidence for trial.

5. Due to defense counsel's calendar and availability, defense counsel will not be ready or available for the current trial date of August 5, 2014.  Defense counsel is requesting a new trial date of September 23, 2014.

6. The United States has no objection to the requested continuance and the date selected.

The parties agree that the time until the next status conference be excluded under the Speedy Trial Act to preserve the interests of justice under 18 U.S.C. § 3161(h)(7)(A).

**IT IS SO STIPULATED.**

DATED:  July 22, 2014                          The Law Office of Kyle J. Humphrey


                                               By: /s/  Jared M. Thompson_____
                                               Jared M. Thompson, Attorney for
                                               Defendant, Jason Bostick


DATED:  July 22, 2014                          United States Attorney's Office


                                               By: /s/ Kimberly A. Sanchez_____
                                               Kimberly A. Sanchez
                                               Assistant United States Attorney

**ORDER**

IT IS HEREBY ORDERED that Mr. Bostick's Jury Trial date, currently set on August 5, 2014, at 8:30 a.m. is CONFIRMED.  If counsel is actually in an ongoing trial, this trial will trail until counsel is out of trial.   The setting of a jury trial in this Court is done with the participation and consent of all counsel.  Once set, it is a commitment.   The Request by stipulation is DENIED.

IT IS SO ORDERED.

Dated:   **July 22, 2014**                        **/s/ Lawrence J. O'Neill**
                                    UNITED STATES DISTRICT JUDGE